================================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u>  DISTRICT OF  <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:04-CV-0793 (LEK/DRH)

ROBERT L. KRUG,

          Plaintiff,

v.

RICHARD McNALLY, JR.; BARTLE,
McGRANE, DUFFY, & JONES LAW FIRM;
PETER B. JONES,

          Defendants.

<u>          </u>  JURY VERDICT.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>   XX   </u>  DECISION by COURT.  This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated February 08, 2007.

DATE: <u>  February 08, 2007  </u>                          *LAWRENCE K. BAERMAN*

      CLERK OF THE COURT

                                                            Scott A. Snyder
                                                           **Courtroom Deputy to the
                                                           Honorable Lawrence E. Kahn**